# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136866

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

THEODORE ANTHONY LEE,
　　　　Defendant-Appellant.

SC: 136866
COA: 285359
Muskegon CC: 01-046247-FC

_____/

　　　　On order of the Court, the application for leave to appeal the June 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



　　　　I,　Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

Clerk

s1117